

FILED

JAN 3 0 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

BAKKEN RESOURCES, INC.,

                Plaintiff,

vs.

PROLAND SERVICES, LLC and
MARY CUNNINGHAM,

                Defendants.

No. CV-15-65-H-SEH

**ORDER**

Plaintiff's First Amended Complaint[1] was filed on March 25, 2016, in response to the Court's Order of February 26, 2016.[2]

Service of process of the First Amended Complaint was made on Defendant

---

[1] Doc. 19.

[2] Doc. 18.

Mary Cunningham ("Cunningham") on April 20, 2016.[3]

Service of process of the First Amended Complaint by substitute service, in accordance with Colorado Revised Statutes § 7-90-704(2), was made on Defendant Proland Services, LLC ("Proland") on August 31, 2016.[4]

Default of Defendant Cunningham was entered on July 28, 2016,[5] and was upheld by Order of August 23, 2016.[6]

Now pending before the Court are Plaintiff's Motion and Request for Entry of Default Against Defendant Proland Services, LLC and for Entry of Default Judgment Against each Defendant[7] and supporting brief.[8] No response to the motion was filed by either Cunningham or Proland. The motion is well-taken under L.R. 7.1(d)(1)(B)(ii).

ORDERED:

1. The clerk is directed to enter the default of Defendant Proland for failure to appear or defend as required by law.

---

[3] Doc. 21.

[4] *See* Doc. 29; *see also* Doc. 29-1.

[5] Doc. 24.

[6] Doc. 27.

[7] Doc. 32.

[8] Doc. 33.

2.  The clerk is directed to enter default judgment against Defendants Cunningham and Proland, jointly and severally, for the sum certain of $176,475.24 as requested in Plaintiff's brief[9] and the affidavit of Kimberly A. Beatty.[10]

DATED this 30th day of January, 2017.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[9] Doc. 33 at 7.

[10] Doc. 33-1 at 4.